**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPOSIBILITY, et al. | * | |
| Plaintiff, | * | Case No. 8:25-cv-04164-PX |
| v. | * | |
| OFFICE OF MANAGEMENT AND BUDGET, | * | |
| | * | |
| Defendant. | * | |
| *      *      *      *      *      *      *      *      *      *      *      *      * | | |

**DEFENDANT'S MOTION TO EXTEND**
**TIME TO RESPOND TO COMPLAINT**

Defendant, United States of America, by and through undersigned counsel, Kelly O. Hayes, United States Attorney for the District of Maryland, and Dayna Kipnis, Assistant United States Attorney for that District, hereby moves to extend the time to respond to the Complaint filed by Plaintiff Public Employees for Environmentally Responsibility, et al. ("Plaintiffs") and, as good cause, states:

1.      On December 17, 2025, Plaintiffs filed the instant action, alleging various violations of law under 5 U.S.C §706 *et. seq.*, and separations of powers committed by the Office of Management and Budget and seeks equitable relief pursuant to 28 U.S.C §1361 and §1651. *See* ECF No. 1.

2.      Plaintiffs have served the United States Attorney's Office for the District of Maryland and all Defendants with a copy of the Complaint.

3.      Undersigned counsel was recently assigned to this matter and requires additional time to investigate Plaintiffs' allegations. Also, undersigned counsel is in repeated contact with

agency counsel to investigate Plaintiffs' allegations and claims raised in the Complaint, identify the relevant facts and government defenses to the Complaint, and prepare a response on behalf of the Defendant.   However, undersigned counsel and Agency counsel's investigation remains ongoing.  As such, the United States requires additional time to respond to the Complaint.

4.      Undersigned counsel expects to have completed investigation of the allegations and claims set forth in the Complaint and be in a position to respond to the Complaint on or before March 23, 2026.

5.      Undersigned counsel contacted Plaintiffs' counsel who represented that Plaintiffs do not oppose the relief requested by this motion.

6.

WHEREFORE, the United States requests an Order extending the time through and including March 23, 2026, to file a response to the Complaint.


Dated:        January 28, 2026            Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:     _/s/  Dayna Kipnis_____
Dayna Kipnis (Bar No. 13673)
Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland 21201
Telephone: (410) 209-4800
Dayna.Kipnis2@usdoj.gov

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2026, I caused a copy of the foregoing Defendant's Motion to Extend Time to Respond to Complaint and all accompanying documents to be mailed, first class, postage prepaid, to:

> **Kali Schellenberg**
> **Webb Lyons**
> **Steven Y. Bressler**
> **Skye Lynn Perryman**
> **Amy C. Vickery**
> **Elena Goldstein**
> Democracy Forward Foundation
> P.O. Box 34553
> Washington, D.C. 20043
>
> **Alex M. Goldstein**
> **Christina L. Wenworth**
> **Jonathan Maier**
> **Nikhel Suresh Sus**
> Citizens for Responsibility and Ethics in Washington
> 1331 F Street NW
> Washington, DC 20004
>
> *Attorneys for Plaintiffs*

   */s/  Dayna Kipnis*
   Dayna Kipnis (Bar No. 13673)
   Assistant United States Attorney

3